UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAY SCHMIDT,

                Plaintiff,

– against –

CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, *and* INFORMATION SOLUTIONS, INC.,

                Defendants.

**ORDER**

21 Civ. 5465 (ER)

Ramos, D.J.:

    The Court is in receipt of Plaintiff's notice of settlement in principle as to Equifax.  In light of the parties' anticipated settlement agreement, Equifax is not required to appear at the upcoming initial pretrial conference set for October 15, 2021.

    It is SO ORDERED.

Dated:  September 29, 2021
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.